George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Julie Lewis*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Julie Lewis, | Case No.: 2:21-cv-01145-JAD-DJA |
| Plaintiff(s,) | **Stipulation and Order of Dismissal** |
| v. | |
| University Accounting Services, LLC, | ECF No. 16 |
| Defendant(s.) | |

　　Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Julie Lewis and University Accounting Services, LLC stipulate to dismiss Plaintiff's claims against University Accounting Services, LLC with prejudice.

///

///

///

Each party will bear its own costs, disbursements, and attorney fees.

Dated: December 27, 2021.

**FREEDOM LAW FIRM**

 /s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Julie Lewis*

**SESSIONS, ISRAEL, & SHARTLE**

/s/ Brian Roth
Brian Roth, Esq.
Shannon Splaine, Esq.
3850 N. Causeway Blvd. Suite 200
Metairie, LA 70002
*Counsel for University Accounting Services, LLC*

## ORDER

Based on the parties' stipulation **[ECF No. 16]** and good cause appearing, and because the dismissal of the claims against University Accounting Services, LLC leaves no claims pending, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 29, 2021